LODGED
SEP 0 8 2016
Clerk, U.S. District Court
District Of Montana
Great Falls

FILED
SEP 1 4 2016
Clerk, U.S. District Court
District Of Montana
Great Falls

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | VIOLATION: 6027404 |
|---|---|
| Plaintiff, | |
| | Location Code: M13 |
| vs. | |
| ANTHONY C. HAUKENBERRY, | ORDER |
| Defendant. | |

Upon motion of the United States and for good cause shown,

IT IS ORDERED that the above citation is DISMISSED pursuant to Fed. R. Crim. P. 48(a).

IT IS FURTHER ORDERED that the initial appearance scheduled for September 22, 2016 is VACATED.

DATED this 13 day of September, 2016.

John T. Johnston
United States Magistrate Judge